[No. 11765-3-I. Division One. August 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL JUSTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 57889-R010, Thomas G. McCrea, J., entered January 21, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Callow, JJ.

[No. 10377-6-I. Division One. August 8, 1983.]

GLANTZ SUPPLY, INC., *Respondent,* v. ALMER CONSTRUCTION COMPANY, INC., *Appellant.*

ALMER CONSTRUCTION COMPANY, INC., *Appellant,* v. SNOHOMISH COUNTY, ET AL, *Defendants.*

LUKE'S M & M ELECTRIC, INC., *Respondent,* v. ALMER CONSTRUCTION COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, Nos. 80-2-01277-9, 80-2-02765-2, 80-2-00001-1, Robert C. Bibb, J., entered May 11, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Scholfield, JJ.

[No. 11431-0-I. Division One. August 8, 1983.]

MARGARET COUGHLIN, *Appellant,* v. SEATTLE SCHOOL DISTRICT NO. 1, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King County, Nos. 81-2-06915-1, 81-2-16270-3, Frank D. Howard and H. Joseph Coleman, JJ., entered October 5 and December 9, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Swanson, J.